**Order entered January 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01328-CV

### IN THE INTEREST OF J.S., JR. AND S.A.S., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

Before the Court is appellant's January 22, 2019 second motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on January 22, 2019 filed as of the date of this order.

Appellee's brief is due **within twenty days** of the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/     ERIN A. NOWELL
        JUSTICE